IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIN DINGER,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE BRYN MAWR TRUST COMPANY,** | : | No. 19-2324-WB |
| Defendant. | : | |

## ORDER

**AND NOW**, this **11th** day of **October 2022**, after consideration of Defendant The Bryn Mawr Trust Company's Motion for Summary Judgment (ECF 35), Plaintiff Erin Dinger's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF 36), and Defendant's Reply in Support of its Motion for Summary Judgment (ECF 37), it is hereby **ORDERED** that:

1. Defendant's Motion (ECF 35) is **GRANTED in part** and **DENIED in part**, as follows:

    a. Defendant's Motion is **GRANTED** with respect to Plaintiff's claims for retaliation and intentional infliction of emotional distress.

    b. Defendant's Motion is **DENIED** with respect to Plaintiff's claims for disability discrimination, failure to accommodate, and pregnancy discrimination.

2. The parties shall inform the Court of mutually-agreed upon dates and times for an in-person conference to discuss the next steps in this action.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**